BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-01154-DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| vs. | ) | |
| | ) | |
| GERMAYNE OSEGUERA VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties to this action, hereby stipulate and ask the court to find as follows:

1) Sentencing in this matter is currently set for October 8, 2010 at 10:00 a.m., before the Honorable D. Lowell Jensen.

2) The parties request that this date be vacated and that sentencing occur on November 12, 2010 at 10:00 a.m. in order to provide defense counsel with adequate time to review the case and file any necessary objections to the pre-sentence report.

3) The reasons for this continuance are as follows: Ellen Leonida, the undersigned Assistant Federal Public Defender, recently assumed representation of Mr. Valencia. She is unavailable due to a pre-planned leave between September 13, 2010 and October 1, 2010. Consequently, a

CR-09-01154-DLJ
Stipulation and Order Continuing Sentencing        1

1  continuance of the sentencing date is necessary to enable counsel to prepare for sentencing, as well
2  as to allow her to file timely objections to the draft pre-sentence report.
3      4) United States Probation Officer Brian Casai has been informed of this request and is
4  available on November 12, 2010.

6  DATED: 8/31/10                              /S/
7                              _____
                                GARTH HIRE
8                               Assistant United States Attorney

10 DATED: 8/31/10
                                              /S/
11                              _____
                                ELLEN LEONIDA
12                              Assistant Federal Public Defender

13  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ ELLEN LEONIDA

15                              **ORDER**

16  Based on the reasons provided in the stipulation of the parties above,

17  IT IS HEREBY ORDERED that the SENTENCING HEARING date of October 8, 2010 at
18  10:00 a.m. is vacated and sentencing is now scheduled for November 12, 2010 at 10:00 a.m.

19  DATED: September 2, 2010

21                              _____
                                HON. D. LOWELL JENSEN
                                UNITED STATES DISTRICT JUDGE

CR-09-01154-DLJ
Stipulation and Order Continuing Sentencing          2