JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:     (510) 637-3507
Email:           john_reichmuth@fd.org

Counsel for Defendant VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 09–1154 HSG |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE ARRAIGNMENT ON AMENDED FORM 12; ATTORNEY APPOINTMENT HEARING AND STATUS HEARING; ORDER (AS MODIFIED)** |
| v. | |
| GERMAYNE VALENCIA, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE presently set for July 21, 2022 at 10:30 AM before the Hon. Donna M. Ryu be CONTINUED until August 23, 2022 at 10:30 AM.  Mr. Valencia has been advised of his rights under the Federal Rule of Criminal Procedure as to the timing of a preliminary hearing and detention hearing.  Through counsel, he hereby WAIVES any applicable time limits as to those hearings, including the right to a prompt preliminary hearing under Fed. R. Crim. P. 32.1(b)(1)(A), so counsel can continue to prepare and advise Mr. Valencia.

      The reason for this request is that the defense needs additional time to review and investigate discovery and discuss this matter with the Probation Office and Mr. Valencia before he decides how

to proceed with respect to preliminary revocation hearing and detention.  Defense counsel also plans to be out of the district for up to two weeks in August.  The Probation Officer has been consulted and has informed counsel that he is available and does not object to the requested continuance.

Dated: July 20, 2022

JODI LINKER
Federal Public Defender

_____/S_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

Dated: July 20, 2022

STEPHANIE HINDS
United States Attorney

By: _____/S_____
GARTH HIRE
Assistant United States Attorney

**ORDER (AS MODIFIED)**

Based on the stipulation of the parties, it is hereby ORDERED that the Arraignment on Amended Petition Form 12; Confirm Attorney Appointment Hearing; Status re Preliminary Revocation Hearing and Detention Hearing presently set for July 21, 2022 at 10:30 AM before the Hon. Donna M. Ryu be CONTINUED until August 23, 2022 at 10:30 AM before Hon. Kandis A. Westmore.  Further, any rights as to the timing of the preliminary hearing under Fed. R. Crim. P 32.1(b)(1)(A) and as to the timing of any detention hearing are deemed WAIVED until August 25, 2022.

Dated: July 20, 2022

_____
HON. DONNA M. RYU
United States Magistrate Judge