1   JODI LINKER
    Federal Public Defender
2   Northern District of California
    JOHN PAUL REICHMUTH
3   Assistant Federal Public Defender
    13th Floor Federal Building - Suite 1350N
4   1301 Clay Street
    Oakland, CA 94612
5   Telephone:   (510) 637-3500
    Facsimile:   (510) 637-3507
6   Email:       john_reichmuth@fd.org

7

8   Counsel for Defendant VALENCIA

9

10                  IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14   UNITED STATES OF AMERICA,              **Case No.:** CR 09–1154  HSG

15            Plaintiff,                     **STIPULATION TO CONTINUE STATUS
                                             HEARING, CONFIRMATION OF
16       v.                                  ATTORNEY APPOINTMENT
                                             HEARING AND ARRAIGNMENT;
17   GERMAYNE VALENCIA,                      ORDER (AS MODIFIED)**

18            Defendant.

19

20       IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

21   CONFERENCE presently set for September 13, 2022 at 10:30 AM before the Hon. Donna M. Ryu be

22   CONTINUED until October 11, 2022 at 10:30 AM.  Mr. Valencia has been advised of his rights

23   under the Federal Rule of Criminal Procedure as to the timing of a preliminary hearing and detention

24   hearing.  Through counsel, he hereby WAIVES any applicable time limits as to those hearings,

25   including the right to a prompt preliminary hearing under Fed. R. Crim. P. 32.1(b)(1)(A), so counsel

26   can continue to prepare and advise Mr. Valencia.

27       The reason for this request is that the defense needs additional time to review and investigate

28   discovery and discuss this matter with the Probation Office and Mr. Valencia before he decides how

CONT.; ORDER (AS MODIFIED)
*VALENCIA*, CR 09–1154  HSG

1

1    to proceed with respect to preliminary revocation hearing and detention.  Additionally the defense

2    wishes to discuss possible resolution with government counsel and has recently provided defense

3    investigative findings and a proposal to government counsel, who needs additional time to review the

4    materials.  The Probation Officer has been consulted and has informed counsel that he is available

5    and does not object to the requested continuance.

6

     Dated:      September 12, 2022
7

                                                         JODI LINKER
8                                                        Federal Public Defender

9

                                                         _____/S_____
10                                                       JOHN PAUL REICHMUTH
                                                         Assistant Federal Public Defender
11

12

13

14

15

     Dated:      September 12, 2022            STEPHANIE HINDS
16                                             United States Attorney

17

18                                       By:        _____/S_____
                                                    GARTH HIRE
19                                                  Assistant United States Attorney

20

21

22

23

24

25

26

27

28

**ORDER (AS MODIFIED)**

Based on the stipulation of the parties, it is hereby ORDERED that the CONFIRMATION OF THE ATTORNEY APPOINTMENT HEARING; STATUS CONFERENCE RE: DETENTION HEARING, STATUS RE: PRELIMINARY REVOCATION HEARING, AND ARRAIGNMENT ON AMENDED PETITION FORM 12 presently set for September 13, 2022 at 10:30 AM before the Hon. Donna M. Ryu be CONTINUED until October 11, 2022 at 10:30 AM.  Further, any rights as to the timing of the preliminary hearing under Fed. R. Crim. P 32.1(b)(1)(A) and as to the timing of any detention hearing are deemed WAIVED until October 11, 2022.

Dated: September 12, 2022



_____
HON. DONNA M. RYU
United States Magistrate Judge

CONT.; ORDER (AS MODIFIED)
*VALENCIA*, CR 09–1154  HSG