JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:         john_reichmuth@fd.org

Counsel for Defendant VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERMAYNE VALENCIA,<br><br>Defendant. | Case No.: CR 09–1154  HSG<br><br>**STIPULATION TO CONTINUE STATUS HEARING, CONFIRMATION OF ATTORNEY APPOINTMENT HEARING AND ARRAIGNMENT; ORDER (AS MODIFIED)** |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE presently set for November 1, 2022 at 10:30 AM before the Hon. DONNA M. RYU be CONTINUED until January 11, 2023 at 10:30 AM.  Mr. Valencia has been advised of his rights under the Federal Rule of Criminal Procedure as to the timing of a preliminary hearing and detention hearing.  Through counsel, he hereby WAIVES any applicable time limits as to those hearings, including the right to a prompt preliminary hearing under Fed. R. Crim. P. 32.1(b)(1)(A), so counsel can continue to prepare and advise Mr. Valencia.

The reason for this request is that the defense needs additional time to review and investigate discovery and discuss this matter with the Probation Office and Mr. Valencia before he decides how

to proceed with respect to preliminary revocation hearing and detention.  Additionally the defense wishes to discuss possible resolution with government counsel.  This is a request for a lengthy continuance, but it is justified in this case.  This case involves allegations and discovery in multiple jurisdictions, as well as the potential for new criminal charges.  The defense has made a proposal to the government but the government needs additional time to address the proposal and respond. Government counsel is involved in trial preparation and trial throughout 2022.  The Probation Officer has been consulted and has informed counsel that he is available and does not object to the requested continuance.

Dated:    October 31, 2022

                            JODI LINKER
                            Federal Public Defender

                            _____/S_____
                            JOHN PAUL REICHMUTH
                            Assistant Federal Public Defender

Dated:    October 31, 2022         STEPHANIE HINDS
                            United States Attorney

                   By:     _____/S_____
                            GARTH HIRE
                            Assistant United States Attorney

**ORDER (AS MODIFIED)**

Based on the stipulation of the parties, it is hereby ORDERED that the CONFIRMATION OF THE ATTORNEY APPOINTMENT HEARING; STATUS CONFERENCE RE: DETENTION HEARING, STATUS RE: PRELIMINARY REVOCATION HEARING, AND ARRAIGNMENT ON AMENDED PETITION FORM 12 presently set for November 1, 2022 at 10:30 AM before the Hon. Donna M. Ryu be CONTINUED until January 11, 2023 at 10:30 AM. Further, any rights as to the timing of the preliminary hearing under Fed. R. Crim. P 32.1(b)(1)(A) and as to the timing of any detention hearing are deemed WAIVED until January 11, 2023.

Dated: October 31, 2022

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

_____
HON. DONNA M. RYU
United States Magistrate Judge